# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 198 |
| | : | |
| AMENDMENT OF RULES 205(b) and (c), | : | DISCIPLINARY RULES |
| 208(c) and (d)(1), and 213(d)(3) of the | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| DISCIPLINARY ENFORCEMENT | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 6th day of July, 2020, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania, which follows the proposal having been published for comment in the Pennsylvania Bulletin, 50 Pa.B. 642 (February 1, 2020),

   **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, that Rules 205(b) and (c), 208(c) and (d)(1), and 213(d)(3) of the Pennsylvania Rules of Disciplinary Enforcement are amended as set forth in the attached form.

   This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in thirty (30) days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.